AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts Southern
District of Texas
FILED
*9/2/2022*
Nathan Ochsner, Clerk of Court

| United States of America | ) |
|---|---|
| v. | ) |
| JOSE CRUZ MEJIA | ) Case No. **2:22-MJ-996** |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 2, 2022** in the county of **Kenedy** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. 111(a)(1) | Knowingly forcibly assault, resist, oppose, impede, intimidate, or interfere with an employee of the United States while such employee was engaged in the official performance of their duties. Such acts involved physical contact with the victims. |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Misty D. Ham
*Printed name and title*

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed. R. Crim P. 4.1. and probable cause.

Date: **September 2, 2022**

_____
*Judge's signature*

City and state: **Corpus Christi, Texas**

United States Magistrate Judge Jason B. Libby
*Printed name and title*

**Affidavit In Support of Criminal Complaint**

I, Misty Ham, being duly sworn, state as follows:

## I.  BACKGROUND OF AFFIANT

1. I am a Special Agent with the Federal Bureau of Investigation. I have been so employed since approximately September 2009.

2. As part of my duties as an FBI Special Agent, I investigate criminal violations related to offenses committed against the laws of the United States including, but not limited to, corruption, civil rights, trafficking, white collar crimes, violent crimes, and assaults.

## II.  BASIS AND PURPOSE OF AFFIDAVIT

3. This affidavit is submitted for the limited purpose of establishing probable cause to support a criminal complaint charging JOSE CRUZ MEJIA with violating Title 18, United States Code, Section 111(a)(1) – forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with any employee of the United States while such employee is engaged in the official performance of their duties.

4. The statements in this affidavit are based on my personal knowledge, on information I have received from other law enforcement personnel, and from persons with knowledge regarding relevant facts. Because this affidavit is being submitted for the limited purposes set forth above, I have not included each and every fact known to me concerning this investigation.

## III.  SUMMARY OF THE INVESTIGATION

5. On approximately September 1, 2022, at 0001 hours, Border Patrol Agent (BPA) AW, BPA AR, and one additional BPA were set up in the Santa Rosa Ranch area near Sarita, Texas, in response to a camera activation and observation of potential subjects in the

1

area. Using night vision goggles, BPA AW observed approximately twelve subjects walking north in the complete dark with no moonlight along the fence line approaching a cattleguard near the BPAs' location. BPA AW radioed to notify other BPAs of the large group of twelve individuals.

6. Once the group of individuals arrived a few yards away from the BPAs' location, the front subjects pointed in the BPAs' direction. The BPAs started moving towards the subjects. BPA AW attempted to apprehend the group by running at them and yelling "don't move" in Spanish. BPA AW turned on her flashlight. All twelve subjects ran. BPA AW continued to run after several subjects down a fence line. One male subject laid face down on the ground to hide in the brush. BPA AW ordered him in Spanish not to move.

7. BPA AW attempted to place the male in handcuffs. BPA AW was only able to apply one handcuff because the big jacket the male was wearing was in the way. BPA AW ordered the male to stand up and observed that the male was very big in stature, standing approximately 6 feet 3 inches tall and weighing approximately 250 pounds, towering over BPA AW.

8. While BPA AW was addressing the one male subject, another male subject, later identified as JOSE CRUZ MEJIA (MEJIA) ran directly towards BPA AR. BPA AR turned on his flashlight and told MEJIA to stop running in Spanish. MEJIA put his arms up and came to an abrupt stop. BPA AR grabbed MEJIA by his wrists to attempt to make an arrest. MEJIA then stepped back and began pulling his arms away from BPA AR's grip. BPA AR grabbed MEJIA, wrapping his arms around MEJIA to secure MEJIA's arms on the side. BPA AR took MEJIA to the ground to stop him from attempting to flee.

9. While on the ground, MEJIA immediately put his hands up and used his left hand to push BPA AR's face away from MEJIA. Simultaneously, MEJIA used his right hand to push BPA AR's abdomen area while begging for BPA AR to let him go. BPA AR ordered MEJIA to stop fighting and to give his hands up. MEJIA continued to push BPA AR's body off while trying to slide out from under BPA AR. BPA AR continued to use his body weight to stop MEJIA from sliding out.

10. Once BPA AR felt fatigued and had difficulty breathing, MEJIA stopped trying to fight, and BPA AR felt it was safe to ease his bodyweight off MEJIA to get on one knee and attempt to place handcuffs on MEJIA. BPA AR was unsuccessful securing the handcuffs because of both his and MEJIA's slippery sweaty skin. MEJIA tried to get up and flee by using his arms to push BPA AR away and using his legs to slide away from BPA AR.

11. During the fight, BPA AR's flashlight fell to the ground. MEJIA reached out with his right hand and attempted to grab the flashlight. BPA AR ordered MEJIA to stop fighting and to give up his hands. MEJIA continued telling BPA AR to let him go while MEJIA pushed BPA AR's face with his right hand.

12. As BPA AR and MEJIA continued to fight, BPA AR observed MEJIA's right arm go towards BPA AR's waistline and grab BPA AR's duty weapon by the handle. MEJIA began pulling the weapon away from BPA AR's holster. BPA AR ordered MEJIA to let go of his weapon in Spanish, but MEJIA did not comply and kept pulling on the weapon. BPA AR hit MEJIA using elbow strikes in an attempt to get MEIJIA to let go of the weapon.

13. BPA AW heard rustling back at the cattleguard and knew she needed to secure the second handcuff on the large, male subject she had apprehended. BPA AW heard the

rustling continue as rocks were being kicked on the caliche. BPA AW also heard grunts and moans of people exerting sounds of fighting. BPA AW ordered the large, male subject in Spanish to go with her, and he complied. BPA AW led the large, male subject back to the <u>cattleguard</u> where she observed BPA AR on the ground with MEJIA who was fighting. BPA AW heard them fighting and grunting as BPA AR was attempting to apprehend MEJIA.

14. BPA AW made contact with BPA AR while BPA AR was on top of the male subject and observed BPA AR trying to gain control of the subject's hands. BPA AW heard BPA AR state, "He is going for my gun." BPA AW tried to push the first male she handcuffed to the ground in an attempt to use the free handcuff on him to handcuff MEJIA, who was resisting and fighting with BPA AR.

15. BPA AW was standing over MEJIA's legs when the first male subject jerked his wrist away and pulled the free handcuff out of BPA AW's left hand. The first male ran to the nearby brush. BPA AW attempted to run after the first male and tripped over MEJIA's legs who was still fighting with the BPA AR and fell. While BPA AW was on the ground, she grabbed MEJIA's legs and was kicked in the face with the bottom of MEJIA's boot. BPA AW was stunned after the kick to her forehead and nose region and yelled out to BPA AR that MEJIA kicked her. As BPA AR turned around to check on BPA AW, MEJIA swung his right arm and punched BPA AR on the left side of his face with his fist.

16. MEJIA continued kicking, fighting and not obeying commands to stop and give over his hands. BPA AW was kicked again on the right side of her face. BPA AW repositioned herself to kneel on MEJIA's legs. MEJIA continued to struggle while BPA AR

positioned himself on top of MEJIA. BPA AR yelled again "He is going for my gun." BPA AW gave MEJIA a few punches to the leg and grabbed MEJIA's legs to straighten them out. BPA AW used her foot to push up against MEJIA's mid-body so that MEJIA would loosen his grip on BPA AR's gun. During the fight, the BPA's radios and flashlights were forced out of their duty belts and entangled on the ground. MEJIA grabbed the cord of BPA AR's portable radio and attempted to wrap it around BPA AR's neck. BPA AR was able to place his right arm between the cord and his own neck to prevent MEJIA from strangling him. BPA AR used his forearm to pin and push on MEJIA's lower jaw to get MEJIA to release the cord. While pinned, MEJIA grabbed BPA AR's right thumb, and with force, twisted it back towards BPA AR's arm causing excruciating pain.

17. BPA AR punched MEJIA two times on his face using BPA AR's left hand and told MEJIA to let go of BPA AR's thumb in Spanish. MEJIA ignored the command and continued to pull BPA AR's thumb back forcefully.

18. MEJIA kept fighting while kicking his legs and arms at both BPA AR and BPA AW. BPA AW put her foot on the subject's leg to prevent him from kicking. BPA AW was able to gain control of MEJIA's legs to allow BPA AR to get on top of MEJIA. MEJIA then reached down to pull on BPA AR's duty weapon again. BPA AR ordered MEJIA to release the weapon, but the commands were to no avail. BPA AR then punched MEJIA three more times and at that point MEJIA released the weapon. MEJIA grabbed BPA AR's night vision goggles that were around BPA AR's neck forcing BPA AR's head and body towards MEJIA.

19. Due to fatigue, BPA AR flattened his entire body weight on MEJIA to pin MEIJIA to the ground so that BPA AR could catch his breath. BPA AR wrapped his legs around MEJIA's legs then grabbed both of MEJIA's hands and pinned them over MEJIA's head to control MEJIA. MEJIA continued to resist the control by stiffening his arms and attempting to throw BPA AR off to the side using his body in a twisting motion.

20. Responding BPA RA arrived in a Border Patrol vehicle and stopped at the incident location beside MEJIA and the BPAs. MEJIA then stopped fighting. BPA RA placed MEJIA in handcuffs, and MEJIA then complied with commands. MEJIA was escorted to the Border Patrol vehicle for transport to the Kingsville Border Patrol Station.

IV. **CONCLUSION**

21. Based on the above information, I respectfully submit that there is probable cause to believe that JOSE CRUZ MEJIA has violated Title 18 U.S.C. 111(a)(1).

*Misty Ham*
Misty D. Ham
Special Agent
Federal Bureau of Investigation

Submitted by reliable electronic means, sworn to,
signature attested telephonically per Fed. R. Crim P. 4.1.
and probable cause found on this 2nd day of September 2022.

*Jason B. Libby*
Honorable Jason B. Libby
United States Magistrate Judge

6